FILED
IN CLERK'S OFFICE

U.S. DIST...
DISTRICT...

# United States District Court for the District of Massachusetts

Sai
*Plaintiff*

v.

TSA *et al.*
*Defendants*

Civil Action No. 1:15-cv-13308-WGY

Notice of appeal

## Notice of appeal

Notice is hereby given that Plaintiff Sai appeals to the United States Court of Appeals for the First Circuit from the orders entered by the District Court on September 23, October 15, and November 19, 2015, denying appointment of counsel and denying clarification, and all prior opinions, orders and rulings in this case,

Plaintiff will be represented on appeal *pro bono* by Tillman Breckenridge and the William & Mary Law School Appellate and Supreme Court Litigation Clinic. *Pro bono* counsel will directly pay all appeal-related fees and costs, and is the point of contact for appeal related matters, including payment.

Respectfully submitted,
Sai, *plaintiff pro se*
dccc@s.ai
+1 510 394 4724
500 Westover Dr. # 4514, Sanford, NC 27330