# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Sai v. Transportation Security Administration (TSA) et al

District Court Number: 15cv13308-WGY

Fee: Paid? Yes ____ No  X  Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes  X  No ____
If yes, document #  13

Sealed documents  Yes  X  No ____
If yes, document #  2

*Ex parte* documents  Yes ____ No  X
If yes, document #  ____

Transcripts  Yes ____ No  X
If yes, document #  ____

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____ Other: ____

Appeal from:

#7 Electronic Order, #9 Electronic Order, #11 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#7, #9, #11, and #14

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  14  filed on December 11, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 14, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**